MAX BERGLASS, Respondent, v. THE SOUTHERN TRAVELERS ASSOCIATION, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

M. I. STEWART & Co., INC., and Another, Appellants, v. BERNARD K. MARCUS and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

LENCRIF REALTY CORPORATION, Appellant, v. THORVALD CAPPELEN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH KOPP and Others, Appellants.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

RITZ IMPORT AND EXPORT CORPORATION, Respondent, v. FRED LAUTERBACH and Another, Appellants, Impleaded, etc.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

ANTILLO REALTY Co., INC., Respondent, v. JACOB PORTE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

HARRY KOCKOS and Another, Respondents, v. DAVID L. Moss, Trading under the Name of DAVID L. Moss & Co., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

DAVID SURDUT, Appellant, v. LEW REALTY CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; Merrell, J., dissents.

40 WEST 48TH STREET CORPORATION, Appellant, v. MICHAEL KAUFMAN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE LOUNGO, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.; McAvoy and O'Malley, JJ., dissent.

CHRISTOPHER J. DOLAN, Respondent, v. FREDERICK ORTENBERG and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

GEORGE LOESCH, Appellant, v. MANHATTAN LIFE INSURANCE COMPANY OF NEW YORK, Respondent.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint embodying a different form of relief from that demanded in the amended complaint within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.